UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN DAUSKA,

    Plaintiff,

v.                             Case No. 12-C-925

GREEN BAY PACKAGING, INC.,

    Defendant.

## ORDER DISMISSING CASE

This case was scheduled for trial on September 9, 2015. On August 31, 2015, counsel notified the court that the case was resolved and the scheduled jury trial could be removed from the court calendar. (ECF No. [116].) Based upon the assertion of the parties that this matter has resolved, this case is dismissed.

**SO ORDERED** this  30th  day of September, 2015.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court